IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CARLTON TOWNSEND, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv765 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| OHIO , STATE OF, et. al., : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on September 28, 2007(Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 18, 2007, hereby ADOPTS said Report and Recommendations.

Defendants submitted evidence that adequately supports their summary judgment motion (Doc. 19) and demonstrates there is no issue of any material fact.  Plaintiff, however, did not submit any probative evidence necessary to resolve the parties' differing versions of the dispute at trial; instead, he merely made conclusory allegations which are not sufficient to defeat a properly supported summary judgment motion.

Accordingly, Defendants' motion for summary judgment (Doc. 19) is **GRANTED.**  This case is **TERMINATED** on the Court's docket.


IT IS SO ORDERED.


   ___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge